Argued August 21, remanded August 26, reconsideration denied
September 25, petition for review denied November 1, 1974

STATE OF OREGON, *Respondent, v.* RICHARD
LANE BACKUS (No. 74-134), *Appellant.*

525 P2d 1058

*Dean Heiling,* Roseburg, argued the cause and filed the brief for appellant.

*Doyle L. Schiffman,* District Attorney, Roseburg, argued the cause for respondent. With him on the brief was Brian R. Barnes, Deputy District Attorney, Roseburg.

Before Schwab, Chief Judge, and Fort and Tanzer, Judges.

PER CURIAM.

Defendant was convicted of a violation, ORS 167.-207 (3). The judgment order erroneously recited:

"It is hereby * * * ADJUDGED that * * *

BACKUS is GUILTY of the *crime* of 'CRIMINAL ACTIVITY IN DRUGS' * * *." (Emphasis supplied.)

ORS 161.565 provides:

"An offense is a violation if it is so designated in the statute defining the offense or if the offense is punishable only by a fine, forfeiture, fine and forfeiture or other civil penalty. Conviction of a violation does not give rise to any disability or legal disadvantage based on conviction of a crime."

Thus it follows that an amended order deleting the word "crime," and substituting the word "violation,"① must be entered.

Remanded.

---

① Other issues were raised on appeal. They do not warrant discussion.